AARON A. DE GRAUW, Respondent, *v.* JAMES H. ELMORE, Appellant.

(Argued February 21, 1873; decided September 23. 1873.)

*Samuel Hand* for the appellant.

*John E. Parsons* for the respondent.

For affirmance PECKHAM, FOLGER, ANDREWS and RAPALLO, JJ.

ALLEN, J., reads for reversal and new trial.
CHURCH, Ch. J., and GROVER, J., concur.
No prevailing opinion.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellants, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF ALBANY, Respondents.

(Argued March 27, 1873; decided September 23, 1873.)

*W. A. Beach* for the appellants.

*Samuel Hand* for the respondents.

Agree to affirm, on opinion of DANIELS, J., at General Term, and for reasons assigned in *Coster* v. *The Mayor, etc., of Albany* (43 N. Y., 399).
All concur.
Order affirmed, and judgment absolute against plaintiffs.